EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Hon. Edgardo Rivera García<br><br>En ocasión de su retiro como Juez Asociado del Tribunal Supremo | 2024 TSPR 132<br><br>215 DPR ___ |
| --- | --- |

Número del Caso: ED-2024-0001

Fecha: 13 de diciembre de 2024

Materia: Resolución en ocasión del retiro del Hon. Edgardo Rivera García como Juez Asociado del Tribunal Supremo.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Hon. Edgardo Rivera García

En ocasión de su retiro como Juez Asociado del Tribunal Supremo

ED-2024-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de diciembre de 2024.

Tras veinticuatro años de servicio en el Poder Judicial de Puerto Rico, catorce de estos como Juez Asociado del Tribunal Supremo de Puerto Rico, el Honorable Edgardo Rivera García se retira de su cargo. Con tal motivo y por acuerdo de la Jueza Presidenta, la señora Jueza Asociada y los señores Jueces Asociados, adoptamos esta Resolución.

El trayecto profesional y académico del Juez Asociado Rivera García comenzó en la Universidad de Puerto Rico (UPR) donde obtuvo en 1977 un Bachillerato en Educación con concentración en Biología y Matemáticas. Varios años después, en 1981, obtuvo una Maestría en Administración Pública de la UPR. Finalmente, en 1988 se graduó con honores de la Escuela de Derecho de la misma institución.

A partir del año 1977 el Juez Rivera García se inició en el servicio público y ocupó varios puestos dentro del Municipio de San Juan. En 1980 fue nombrado Presidente de la Comisión sobre Asuntos de la Juventud del entonces Alcalde de San Juan, Hernán Padilla Ramírez. Posteriormente se desempeñó como Subdirector Ejecutivo del Departamento de Servicios a la Familia, Asesor Legal y Director Ejecutivo Auxiliar de Administración y Asesoramiento Legal del mismo municipio.

Tras obtener su preparación académica, ocupó varios cargos en el Gobierno del Estado Libre Asociado de Puerto Rico. En su trayectoria profesional se destacó por desenvolverse en las áreas de seguridad pública, desarrollo social y ética gubernamental. Además de su servicio público, se desempeñó como profesor a niveles subgraduado y graduado en programas de Estudios Paralegales, Criminología, Filosofía, Humanidades, Derecho Administrativo, Asuntos Públicos, entre otros.

En 1993, fungió como Asesor Legal del Senado de Puerto Rico. Al año siguiente fue confirmado como Fiscal Auxiliar del Tribunal de Distrito y, posteriormente, como Fiscal II del Departamento de Justicia en la Fiscalía de Distrito de Carolina. Asimismo, fue Fiscal de Distrito Interino y Director de la Unidad de Investigaciones Criminales del mismo municipio. En el 1997 fue nombrado Director de la Oficina de Asesores Legislativos del Senado de Puerto Rico. Allí colaboró en proyectos de enmiendas al Código Penal de Puerto Rico de 1974, al Código Civil de 1930, a la Ley de Sustancias Controladas, a la Ley de Ética Gubernamental, al Código de Rentas Internas, entre otros.

Ingresó en la Judicatura en el 2000, luego de ser nominado y confirmado Juez Superior. Desde entonces presidió por nueve años una Sala de Asuntos Criminales. En abril del 2009, reconociendo su amplia trayectoria como profesional del Derecho, fue nombrado Juez del Tribunal de Apelaciones. El 4 de agosto de 2010, el Hon. Luis Fortuño Burset, Gobernador de Puerto Rico, lo nombró Juez Asociado del Tribunal Supremo de Puerto Rico.

El Juez Rivera García cuenta con publicaciones en diversas revistas jurídicas y con textos sobre diversos temas de derecho. En estos analiza temas sobre el sistema acusatorio y el debido proceso de ley. Algunos ejemplos son: *Compendio sobre el sistema acusatorio: Experiencias compartidas; El juez constitucional del siglo XXI: Reflexiones sobre los criterios de revisión judicial*, 4 Rev. Asociación Abogados P.R. 67; *El valor del testimonio pericial en los procesos judiciales*, 47 Rev. Jurídica U. Inter. P.R. 87; *El andamiaje legal de Puerto Rico: fusión enriquecida del derecho común anglosajón y la tradición civilista*, 82 Rev. Jur. UPR 687, y *El reto de retomar la responsabilidad ética en nuestras escuelas de derecho*, 48 Rev. Jurídica U. Inter. P.R. 5. Su más reciente obra, *Compendio sobre el Sistema Acusatorio: Experiencias Compartidas*, es el producto de un proceso colaborativo liderado por el Juez Asociado entre varios países de América Latina. Esta obra resulta invaluable para la adopción e implementación de reformas constitucionales y para el sistema acusatorio en varios países de América Latina, particularmente México.

En su faceta judicial, como Juez Asociado de este Tribunal, generó jurisprudencia dirigida a los derechos de las víctimas de delitos y el procesamiento efectivo de los acusados. Su legado jurídico da cuenta de su compromiso con la protección de la independencia judicial y la separación de poderes.

Ha sido mentor de decenas de estudiantes de diversas facultades de derecho de nuestro país y colaborado como experto en congresos y conferencias en Estados Unidos, México, Venezuela, República Dominicana, Panamá y Puerto Rico en diversos temas en materia penal. Actualmente es profesor conferenciante en la Facultad de Derecho de la Universidad Interamericana de Puerto Rico donde imparte seminarios de Derecho Penal enfocados en temas de corrupción gubernamental y trata humana.

Al partir, el Juez Rivera García deja su huella en el legado jurídico de nuestro País. Su experiencia en el servicio público, en especial la carrera judicial que inició como Juez Superior, le permitió aportar en su gestión colegiada una visión de deferencia y practicidad verdadera en el quehacer jurídico puertorriqueño. A nombre de la Jueza Presidenta, de la señora Jueza Asociada y señores Jueces Asociados del Tribunal Supremo de Puerto Rico y del funcionariado del Poder Judicial puertorriqueño, le extendemos al Juez Rivera García nuestro agradecimiento por sus años de compromiso y servicio prestado a su profesión y a su País. Hacemos extensiva nuestra gratitud, a su esposa, la Sra. Ana Silva Torres, a sus hijas y a sus familiares.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo